IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No. 23-10483

FILED
in the Middle District of
North Carolina
3/26/2024
10:51
Clerk, US District Court
By: lg

In re:

DAVID W. SCHAMENS,

Debtor

**NOTICE OF APPEAL**

On February 8, 2024, the Court issued an order titled "Order Granting Application to Employ Realtor Angela Wilkie" (doc 169). A motion to re-consider this order was timely filed on February 20, 2024. That motion was denied by Court order on March 19, 2024 (doc 202). Thus, pursuant to the Federal Rules of Bankruptcy Procedure, Notice of Appeal directly to the 4th Circuit Court of the United States is hereby timely given.

This the 21st day of March, 2024.

David W. Schamens
812 Northern Shores Point
Greensboro, NC 27455
(336) 422-1776

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No. 23-10483

In re:

DAVID WAYNE SCHAMENS,

Debtor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is a person of such age and discretion as to be competent to serve process.

That on the 21st day of March, 2024, he served a copy of the foregoing Debtor's Notice to the following creditors via the Pacer/ECF system:

Capital One
P.O. Box 30285
Salt Lake City, UT 84130 – 0285

Duke Energy
P.O. Box 70516
Charlotte, NC 28272

Piedmont Natural Gas
P.O. Box 1246
Charlotte, NC 28201-1246

Greensboro Water Resources
2602 S Elm-Eugene Street
Greensboro, NC 27406

Carter Bank & Trust
1300 Kings Mountain Road
Martinsville, VA 24112

Daufuskie Lending Partners LLC
c/o Webstone, Inc.
2633 Lincoln Blvd, Suite 333
Santa Monica, CA 90405

Brian Focht
P.O. Box 18667
Charlotte, NC 28218

Lake Jeanette HOA
c/o Carolinas Law Firm
3623 N Elm St #200
Greensboro, NC 27455

Northern Shores HOA
c/o Higgins Benjamin
301 N Elm St Suite 800
Greensboro, NC 27401

Guy Dugan, Karen Dugan, GDM Trust, Mark Dugan, et. al.
c/o Todd Capitano, Attorney
4521 Sharon Rd # 250
Charlotte, NC 28211

Weeks Flooring
c/o John Kirkman, Attorney
100 S Elm Street
Suite 410
Greensboro, NC 27401

This the 21st day of March, 2024.

David W. Schamens
812 Northern Shores Point
Greensboro, NC 27455
(336) 422-1776